The People of the State of New York,
against
Jamari Williams, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Denis J. Boyle, J.), rendered May 5, 2014, convicting him, upon a plea of guilty, of assault in the third degree, and sentencing him to one year in jail.




Per Curiam.
Judgement of conviction (Denis J. Boyle, J.), rendered May 5, 2014, modified, as a matter of law, to reduce defendant's sentence to a term of 364 days, and otherwise affirmed.
The amendment to Penal Law § 70.15, which became effective April 12, 2019 (after this appeal was perfected), reduces the maximum allowable sentence for a class A misdemeanor from one year to 364 days (see Penal Law § 70.15[1-a][a]). With respect to any one-year sentence imposed prior to the effective date of the statute, such as occurred herein when defendant was sentenced to one year in jail upon his 2014 plea of guilty to third-degree assault, the statute provides that the sentence "shall, by operation of law, be changed to, mean and be interpreted and applied as a sentence of three hundred sixty-four days" (Penal Law § 70.15[1-a][c]). Subdivision (1-a)(b) of the statute expressly states that the amended provisions "are ameliorative and shall apply to all persons who are sentenced before, on or after the effective date of this subdivision, for a crime committed before, on or after the effective date of this subdivision." In the circumstances, we apply the law as amended after this appeal was perfected (see Robinson v Robins Dry Dock & Repair Co., 238 NY 271 [1924]), and reduce the sentence to 364 days.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 06, 2019